# United States Bankruptcy Court

District of

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): BRKIC, GORAN | Name of Joint Debtor (Spouse) (Last, First, Middle): BRKIC, DIJANA |
| All Other Names used by the debtor in the last 8 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 8 years (include married, maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): XXX-XX-2667 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): XXX-XX-7522 |
| Street Address of Debtor (No. & Street, City and State): 39 Westmore/Meyers Rd. Lombard, Illinois 60148 ZIP CODE 60148 | Street Address of Joint Debtor (No. & Street, City and State): 39 Westmore/Meyers Rd. Lombard,Illinois 60148 ZIP CODE 60148 |
| County of Residence or of the Principal Place of Business: ~~COOK~~ Du Page E.W. | County of Residence or of the Principal Place of Business: ~~COOK~~ Du Page E.W. |
| Mailing Address of Debtor (if different from street address): n/a ZIP CODE | Mailing Address of Joint Debtor (if different from street address): n/a ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): n/a ZIP CODE

**Type of Debtor** (Form of Organization) (Check **one** box)

- [X] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity:

**Name of Business** (Check **all** applicable boxes)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. §501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [ ] Business

**Chapter 11 Debtors**

**Check one box:**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- [ ] Full Filing Fee attached
- [X] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1–49 | 50–99 | 100–199 | 200–999 | 1,000–5,000 | 5,001–10,000 | 10,001–25,000 | 25,001–50,000 | 50,001–100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | X | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | XX | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | XX | ☐ | ☐ | ☐ | ☐ | ☐ |

©2005 by BlumbergExcelsior, Inc., Publisher, NYC 10013

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): GORAN and DIJANA BRKIC | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

X Ernest E. Wiley /b    6/29/2006

Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

☒ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we have request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:

Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

©2005 by BlumbergExcelsior, Inc., PUBLISHER, NYC 10013

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):

GORAN and DIJANA BRKIC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X GORAN BRKIC
Signature of Debtor GORAN BRKIC

X DIJANA BRKIC
Signature of Debtor DIJANA BRKIC

Telephone Number (If not represented by attorney)

Date 6/29/2006

### Signature of Attorney

X Ernest E. Wiley, Jr.
Signature of Attorney for Debtor(s)

ERNEST E. WILEY, JR
Printed Name of Attorney for Debtor(s)

Ernest E. Wiley & Assoc.
Firm Name

1701 So. 1st Ave
Address
SUITE 204, MAYWOOD, ILL. 60153

708/466-1609
Telephone Number

Date 6/29/06

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security Number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 U.S.C. §110.)

Address

X
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security Number is provided above.

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

©2005 by BlumbergExcelsior, Inc., PUBLISHER, NYC 10013

Blumbergs Law Products Form B6A (10/05)

In re: GORAN and DIJANA BRKIC Debtor(s) Case No. (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5 room residential house/home<br>39 Westmore/Meyers Rd.<br>Lombard, Illinois 60148 | fee simple/right of surviving spouse | J | $ 130,600 | $130,600<br><br>NOTE:<br>6,480 unsecd.<br>130,600<br>137,080 total mtg.<br>SEE SCHED. D |

Total -> $ 130,600 (Report also on Summary of Schedules)

Blumbergs Law Products Form B6B (10/05)

In re: GORAN and DIJANA BRKIC Debtor(s) Case No. (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in pocket | j | $ 100 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | none | - | -0- |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Nicor gas Co.P.O.Box 2020 Aurora,Il. 60507-2020 | j | 100 |
| 4. Household goods and furnishings including audio, video and computer equipment. | | 5 rooms located at residential hm. in Lombard,Il. | j | 1,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | - | -0- |
| 6. Wearing apparel. | | At the home | j | 500 |
| 7. Furs and jewelry. | X | none | - | -0- |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | none | - | -0- |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | none | - | -0- |
| 10. Annuities. Itemize and name each issuer. | X | none | - | -0- |
| 11. Interests in an education IRA as defined in 26 U.S.C. §530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. §529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. §521(c); Rule 1007(b). | X | none | - | -0- |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | none | - | -0- |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | none | - | -0- |
| 14. Interests in partnerships or joint ventures. Itemize. | X | none | - | -0- |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | none | - | -0- |
| 16. Accounts receivable. | X | none | - | -0- |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | none | - | -0- |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> $ 1,700

________ Continuation sheets attached

In re: GORAN and DIJANA BRKIC Debtor(s) Case No. (if known)

Chapter 13

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | none | – | -0- |
| 19. Equitable or future interests, life estates, and rights or powers excercisable for the benefit of the debtor other than those listed in Schedule A—Real Property. | X | none | – | -0- |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | none | – | -0- |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | none | – | -0- |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | none | – | -0- |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | none | – | -0- |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | none | – | -0- |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1992 Izuzi Trooper truck,4 dr.,4WD, 150,000 miles<br>1989 Chev.Pick-up,2500,truck,156,000 mi. | j | $ 6,000<br>2,000 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | none | | |
| 28. Office equipment, furnishings, and supplies. | X | none | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | none | | |
| 30. Inventory. | X | none | | |
| 31. Animals. | X | none | | |
| 32. Crops—growing or harvested. Give particulars. | X | none | | |
| 32. Farming equipment and implements. | X | none | | |
| 34. Farm supplies, chemicals, and feed. | X | none | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | none | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> $ 9,700

________ Continuation sheets attached

Blumberg Law Products Form B6D (10/05)

In re: GORAN and DIJANA BRKIC Chapter 13 Debtor(s) Case No. (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 0055387104<br>Washington Mutual Bank,F/K/A Washington Mutual Bank,FA c/o Codilis & Assocs.,P.C.,LAW FIRM 15W030 North Frontage Road,Suite 100 Burr Ridge,Il. 60527 | | | 5/20/2002<br>VALUE $ | $ ~~XXXXXXXX~~ $ 137,080 | $ 6,480 | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

_____ Continuation Sheets attached.

Subtotal -> (Total of this page) 137,080

Total -> (use only on last page of the completed Schedule D.) 137,080

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Blumberg's Law Products Form B6E (10/05)

In re: GORAN and DIJANA BRKIC Chapter 13 Debtor(s) Case No. (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[ ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. §507(a)(1).

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C §507(a)(3).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees (and commissions owing to qualifying independent sales representatives) up to $10,000* per person, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(4)

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S.C. §507(a)(5).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

[ ] **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. §507(a)(7)

[XX] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507(a)(9)

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. §507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD* | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# XXX-XX-2667 | | J | | | | |
| INTERNAL REVENUE SERVICE<br>Department of the Treasury<br>Cincinnati,OH,45999-0025<br>Notice No. CP49; Your Caller ID,193610,<br>Notice No.CP523(intent to levy) | | | Tax year ended 12/31/ 2005 | | $ 2,500 | $ 2,500 |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |

______ Continuation sheets attached.

Subtotal -> (Total of this page) $ 2,500

Total -> (use only on last page of the completed Schedule E) $ 2,500

(Report total also on Summary of Schedules)

* If contingent, enter C; if unliquidated., enter U; if disputed , enter D.

Blumberg's Law Products Form B6F (10/05)

In re: GORAN and DIJANA BRKIC Debtor(s) Case No. (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|
| A/C # 82-89-81-1000<br>Nicor Gas<br>P.O.Box 2020<br>Aurora, Il.60507-2020 | | J | Various; utilities/heating gas | | $ 2,000 |
| A/C # L44256-H40705<br>SIMM Associates,Inc.<br>P.O.Box 7526<br>Newark,DE.,19714-7526<br>(client Merrick Bank) | | J | Various/credit card | | 1,800 |
| A/C # 2638940<br>Ventus Capital Services,LP<br>P.O.Box 4607<br>Chesterfield, MO.,63006-4607<br>(creditor,LVNV | | J | Various/credit card | | 1,675 |
| A/C # 1661<br>Reproductive Genetic Instit.<br>2825 N. Halsted Street<br>Chicago, il.60657 | | W | Various/Medical bill | | 600 |
| A/C # E00000729271<br>Elmhurst Memorial Healthcare<br>Elmhurst Memorial Hospital<br>P.O.box 92348<br>Chicago,il. 60675-2348 | | W | Various/Medical bill | | 260 |
| A/C # 101609/REF.#2902999<br>Pellettieri & Assocs.,LTD.<br>991 Oak Creek Drive<br>Lombard,Il. 60148-6408<br>(RE: Elmhurst Clinic) | | W | Various/Medical bill | | 210 |
| A/C # 257581/REF:#2756988<br>Pellettieri & Assocs.<br>991 Oak Creek Drive<br>Lombard,Il. 60148-6408<br>(RE: Elmhurst Clinic) | | W | Various/Medical bill | | 260 |

Subtotal -> $ 6,805

_____ continuation sheets attached.

Total -> $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Blumberg Law Products 3085 Statement of compensation. Rule 2016(b) (10/05)

UNITED STATES BANKRUPTCY COURT DISTRICT OF

In re: Debtor(s) Case No. (If Known)

# STATEMENT

Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

(a) for legal services rendered or to be rendered in contemplation of and in connection with this case $ 500.00

(b) prior to filing this statement, debtor(s) have paid $ 100.00

(c) the unpaid balance due and payable is $ 400.00

(3) $ 25.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

(a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

(b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

(c) representation of the debtor(s) at the meeting of creditors.

true

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

true

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

true

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

true

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

true

ERNEST E. WILEY, JR

Dated: 6/29/2006 Respectfully submitted, Ernest E Wiley Jr Attorney for Petitioner

Attorney's name and address

©2005 BlumbergExcelsior, Inc., PUBLISHER, NYC 10013