UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 06 B 07754
   GORAN BRKIC
   DIJANA BRKIC                                CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-2667    SSN XXX-XX-7522
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/30/06 and confirmed on 09/15/06.

2. The case was dismissed after confirmation, 08/15/2008.

3. The Debtor paid a total of $ 12620.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 9496.67 | .00 | 9496.67 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2372.50 | .00 | 2372.50 |
| NICOR GAS | UNSECURED | 1636.17 | .00 | 29.64 |
| MERRICK BANK | UNSECURED | 1740.09 | .00 | 31.53 |
| VENTUS CAPITAL SRVS | UNSECURED | NOT FILED | .00 | .00 |
| REPRODUCTIVE GENETIC INS | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| OSTOJIC & SCUDDER | UNSECURED | 5659.30 | .00 | 102.54 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1091.05 | .00 | 19.77 |
| BOYAJIAN LAW OFFICE | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | FILED LATE | .00 | .00 | .00 |
| WELTMAN WEINBERG & REIS | UNSECURED | NOT FILED | .00 | .00 |
| TRUELOGIC FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| LATHROP & GAGE DC | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY IMAGING CONSUL | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| RAYMOND V JANEVICIUS MDP | UNSECURED | NOT FILED | .00 | .00 |

```
ATG CREDIT                UNSECURED       NOT FILED              .00           .00
CB USA INC                UNSECURED       NOT FILED              .00           .00
ELMHURST CLINIC           UNSECURED       NOT FILED              .00           .00
COMPUTER CREDIT INC       UNSECURED       NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  UNSECURED           69.05              .00          1.24
ROUNDUP FUNDING LLC       UNSECURED         1704.91              .00         30.89
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9496.67      2372.50     11900.57          .00      23769.74
PRINCIPAL PAID      9496.67      2372.50       215.61          .00      12084.78
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID          9496.67      2372.50       215.61          .00      12084.78
```

The Debtor's attorney, ERNEST E WILEY JR & ASSOC    , was allowed $       .00
and was paid $       .00 .

The Trustee received $    535.22 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/12/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 07754 GORAN BRKIC & DIJANA BRKIC